LAURA A. GAVIGAN ET AL. *v.* COMMISSIONER OF
REVENUE SERVICES
(AC 27404)

Bishop, Harper and Dupont, Js.

Argued January 4—officially released January 30, 2007

Per Curiam. The judgment is affirmed.

JEFFREY WALKER *v.* COMMISSIONER OF
CORRECTION
(AC 26935)

Flynn, C. J., and Rogers and Stoughton, Js.

Argued January 9—officially released January 30, 2007

Per Curiam. The appeal is dismissed.